GROUP NO. 23 OF THE ASSOCIATION OF THE SONS OF POLAND et al., complainants-respondents,

*v.*

ASSOCIATION OF THE SONS OF POLAND, an incorporated association of the State of New Jersey, JOZEF PAWLOWSKI, ANIELA SARZYNSKA, MARCIN FABER, WACLAW URBANSKI, ALEKSANDER SUDNIK, JOZEF TUREK, WINCENTY TELKOWSKI, KAZIMIERZ TOKARSKI, STEFAN KOLSKI, JAKOB SONDEJ, JOZEF MARCHEWKA, BOLESLAW WARANKIEWICZ and STANISLAW A. GUTOWSKI, defendants-appellants.

[Decided October 2d, 1936.]

103

104

105

106

107

*Mr. Merritt Lane,* for the appellants.

*Mr. Aaron A. Melniker,* for the respondents.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Fielder, in the court below.

*For affirmance*—THE CHIEF-JUSTICE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.    8.

*For reversal*—LLOYD, CASE, BODINE, JJ.    3.